IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:24-cv-00360 |
| | § | |
| v. | § | |
| | § | |
| AAR MANAGEMENT LLC, et al. | § | |
| | § | |
| Defendants. | § | |
| | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN INDIVIDUAL AND ENTITY DEFENDANTS**

Plaintiff GS Holistic, LLC, files this Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings [Doc. 52], as follows:

1. On April 10, 2026, certain individual Defendants filed Defendants' Motion for Judgment on the Pleadings as to Certain Individual and Entity Defendants Under Rule 12(c) and, in the Alternative, Motion to Drop Parties Under Rule 21 [Doc. 52].

2. By rule, Plaintiff's deadline to file a response is 21 days, which is May 1, 2026.

3. Plaintiff's counsel has had numerous filing deadlines during the last two weeks, including being retained on a new Texas state court case involving threatened injunctive relief which has required much of counsel's attention during this time. Counsel also has several upcoming deadlines during the following two weeks related to that case and others.

4. In addition, Plaintiff's counsel is reviewing Defendants' Motion to determine whether the parties can reach a resolution without the Court's intervention and has had some discussions with Defendants' counsel, Derek Staub, regarding the underlying issues since he

filed their motion. The response involves the review of the conduct of and pleadings related to several moving defendants to determine whether Defendants' motion may merit agreements as to certain defendants.

5. Plaintiff therefore requests an extension of time to file a response to Defendants' Motion [Doc. 52] until May 22, 2026.

6. Moving Defendants have indicated they are not opposed to this extension.

**Prayer**

For these reasons, Plaintiff respectfully requests that the Court grant the foregoing motion and permit Plaintiff an extension of time for Plaintiff to file his response to the Defendant's Motion [Doc. 52] until May 22, 2026.

Dated: April 29, 2026

Respectfully Submitted,

**MINOCHA LAW FIRM PLLC**

**Sanjay K. Minocha**
TX SBN: 24065763
3300 Oak Lawn Avenue
Suite 700
Dallas, Texas 75219
T: (214) 301-3939
F: (214) 594-9818
sanjay@minochalaw.com

**ATTORNEY FOR PLAINTIFF**
**GS HOLISTIC, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Derek Staub, counsel for Defendants., via email on April 28, 2026 regarding the foregoing motion and he stated in reply that he is not opposed to the motion.

Sanjay K. Minocha

## CERTIFICATE OF SERVICE

On this day of April 29, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the ECF system. I hereby certify that I have served all counsel of record electronically via ECF.

Sanjay K. Minocha