United States District Court
Southern District of Texas
**ENTERED**
April 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:24-cv-00360 |
| | § | |
| v. | § | |
| | § | |
| AAR MANAGEMENT LLC, et al. | § | |
| | § | |
| Defendants. | § | |
| | § | JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN INDIVIDUAL AND ENTITY DEFENDANTS**

CAME ON THIS DAY TO BE CONSIDERED Plaintiff GS Holistic, LLC's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings [Doc. 52]. After reviewing the motion, and for good cause shown,

the Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings is hereby GRANTED and Plaintiff has until May 22, 2026 to file a response to Defendants' Motion for Judgment on the Pleadings as to Certain Individual and Entity Defendants Under Rule 12(c) and, in the Alternative, Motion to Drop Parties Under Rule 21 [Doc. 52].

IT IS SO ORDERED.

4-30-26

______________________________
HONORABLE ANDREW EDISON
UNITED STATES MAGISTRATE JUDGE