United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:24-cv-00360 |
|---|---|---|---|
| AAR MANAGEMENT, LLC, et al | | | |
| *versus* | | | |
| DISCOUNT NOVELTIES WHOLESALE, LLC, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Louis F. Teran<br>SLC Law Group<br>1055 E. Colorado Blvd., Suite 500<br>Pasadena, CA 91106<br>(818) 484-3217 x200<br>California State Bar No. 249494 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Smoke Trendz Enterprises, LLC; Sigma Impact, Inc.; and MSO Distro, Inc. |

Has applicant been sanctioned by any bar association or court? Yes _______ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 6/15/2026 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 6/16/2026 | Clerk's signature Vanesa Pacheco |

**Order**

**This lawyer is admitted *pro hac vice.***

Dated: 6/16/26 [signature]

United States Magistrate Judge