**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-cv-00360** |
| | § | |
| **AAR MANAGEMENT LLC, *et al.*,** | § | |
| **Defendants,** | § | |

**THIRD-PARTY DEFENDANT FOR SEASONS TRADING, INC.'S**

**MOTION TO DISMISS**

COMES NOW Third-Party Defendant For Seasons Trading, Inc. ("For Seasons"), by and through undersigned counsel, and respectfully moves this Court to dismiss Third-Party Defendant For Seasons Trading, Inc. from this action. In support thereof, For Seasons would respectfully show the Court as follows:

## I. INTRODUCTION

Third-Party Plaintiffs originally named Third-Party Defendant For Seasons Trading, Inc. in this action based upon an apparent mistaken identity and alleged that For Seasons Trading, Inc. was also known as "Four Seasons, LLC."

For Seasons Trading, Inc. appeared in this action through undersigned counsel and filed its Original Answer, Affirmative Defenses, and Motion to Dismiss denying those allegations and specifically denying that it was ever known as "Four Seasons, LLC."

Thereafter, Third-Party Plaintiffs filed their Second Amended Third-Party Complaint. The Second Amended Third-Party Complaint no longer identifies For Seasons Trading, Inc. as a Third-Party Defendant. Rather, the Second Amended Third-

Party Complaint identifies ZZLS, LLC d/b/a Four Seasons Trading as a Third-Party Defendant and asserts its factual allegations against that entity.

The Second Amended Third-Party Complaint contains no allegations against For Seasons Trading, Inc., asserts no cause of action against For Seasons Trading, Inc., and seeks no relief from For Seasons Trading, Inc. Because the Second Amended Third-Party Complaint is now the operative pleading before the Court and no longer asserts any claim against For Seasons Trading, Inc., dismissal of For Seasons Trading, Inc. from this action is appropriate.

## II. ARGUMENT

The operative pleading in this matter is the Second Amended Third-Party Complaint. Unlike the prior pleading, the Second Amended Third-Party Complaint no longer names For Seasons Trading, Inc. as a Third-Party Defendant. The Second Amended Third-Party Complaint identifies ZZLS, LLC d/b/a Four Seasons Trading as a Third-Party Defendant and asserts its allegations against that entity.

The operative pleading asserts no claim against For Seasons Trading, Inc., alleges no basis for liability against For Seasons Trading, Inc., and seeks no relief from For Seasons Trading, Inc. As no claim remains pending against For Seasons Trading, Inc., there is no basis for it to remain a party to this litigation. Accordingly, For Seasons Trading, Inc. should be dismissed from this action.

## III. ATTORNEYS' FEES

Third-Party Plaintiffs named For Seasons Trading, Inc. as a Third-Party Defendant in the original pleading. As reflected by the Second Amended Third-Party Complaint, the operative pleading no longer asserts claims against For Seasons Trading, Inc..

As a result of being named as a Third-Party Defendant in the original pleading, For Seasons Trading, Inc. was required to retain counsel and incur attorneys' fees and costs in responding to claims that are no longer asserted against it in the operative pleading. Third-Party Defendant respectfully reserves all rights to seek recovery of its attorneys' fees, taxable costs, expenses, sanctions, and such other relief as the Court deems appropriate.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant For Seasons Trading, Inc. respectfully requests that the Court dismiss with prejudice all claims against For Seasons Trading, Inc. and dismiss For Seasons Trading, Inc. from this action, award Third-Party Defendant $3,500.00 in reasonable attorneys' fees, together with its taxable costs and such attorneys' fees as may be recoverable, and grant Third-Party Defendant all other relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

*/s/ Niey-Bor Hsyung*

______________________________

Niey-Bor Hsyung
State Bar No.: 00796785

COUNSEL FOR THIRD-PARTY

DEFENDANT
FOR SEASONS TRADING, INC.

7001 Corporate Dr, Suite 109
Houston, Texas 77036
Email: attorneyhsyung@yahoo.com
Telephone: (713) 541- 2909
Facsimile: (713) 541- 2549

**CERTIFICATE OF SERVICE**

I hereby certify that on this __10th__ day of ___JULY_________, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Niey-Bor Hsyung*

___________________________

Niey-Bor Hsyung