United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| | § | |
| V. | § | 3:24-cv-00360 |
| | § | |
| AAR MANAGEMENT LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On March 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 40. Judge Edison filed a memorandum and recommendation on July 13, 2026, recommending that a motion to dismiss filed by third-party defendant For Seasons Trading, Inc. (Dkt. 87) be denied as moot. *See* Dkt. 88.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation (Dkt. 88) is approved and adopted in its entirety as the holding of the court; and

(2)   For Seasons's motion to dismiss (Dkt. 87) is denied as moot.

SIGNED on Galveston Island this 28th day of July, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE