United States District Court
Southern District of Texas
**ENTERED**
August 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | 3:24-cv-00360 |
| | § | |
| AAR MANAGEMENT LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 40. Judge Edison filed a memorandum and recommendation on July 8, 2026, recommending that defendants' motion for judgment on the pleadings, and in the alternative, motion to drop parties under Rule 21 (Dkt. 56) be granted in part and denied in part. *See* Dkt. 86.

On August 14, 2026, the plaintiff filed its objections to the memorandum and recommendation. *See* Dkt. 99. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 86) is approved and adopted in its entirety as the holding of the court;

(2) Defendants' motion for judgment on the pleadings, and in the alternative, motion to drop parties under Rule 21 (Dkt. 56) is granted in part and denied in part. Specifically, Defendants Adrian Chowdhury, Dante Pineda, Junaid Abbasi, Jamil Daudi, Mohammed Jafar, Abdus Sobhan, Azim Ahmed, Sadia Subrina, Towheed Chowdhury, Maria Chowdhury, Ana Martinez, Nasreen Ghani, SK M. Jasib Hossain, Anik Akhund, Monirun Chowdhury, Shahyan Karowadiya, Hafizur Rahman, and HMF Global LLC are dismissed from this lawsuit without prejudice. The motion is denied as to Defendants ICHOW Investments LLC, I.AM Wellness LLC, Jamaq LLC, JBQ Investment LLC, MCN Management LLC, MNM Holdings LLC, Navene Global Consulting LLC, GP MMS LLC, Amity Management LLC, and DNA Global Enterprises LLC; and

(3) Plaintiff has 14 days to file an amended complaint.

SIGNED on Galveston Island this 27th day of August, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE