United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:24-cv-360 |
| | § | |
| AAR MANAGEMENT LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 40. Judge Edison filed a memorandum and recommendation on September 23, 2026, recommending that the third-party defendants' motions to dismiss (Dkts. 89, 90) be granted in part and denied in part. Dkt. 101.

On October 6, 2026, the third-party defendants filed objections to the memorandum and recommendation. Dkt. 102. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 101) is approved and adopted in its entirety as the holding of the court;

(2) The third-party defendants' motions to dismiss (Dkts. 89, 90) are granted as to the common-law indemnity claims asserted against them and denied in all other respects;

(3) The parties will proceed with the third-party plaintiffs' claims for breach of warranty, contribution, misrepresentation, and unjust enrichment.

SIGNED on Galveston Island this 15th day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE